## Open Criminal Case

*Combine/Renumber defendants, if necessary*

| Party | Role | Number | Attorney | Alias |
|---|---|---|---|---|
| USA | **pla** | | No Attorney | |
| Mauricio Rivera-Godoy | **dft** | 1 | Federal Defenders | |

Submit Clear

**UNITED STATES DISTRICT COURT** **MAGISTRATE JUDGE'S MINUTES**
**SOUTHERN DISTRICT OF CALIFORNIA - Yuma**

DATE: 12/27/2007 CASE NUMBER: 07-10868M-001-SD

CLOSED

USA vs. Mauricio Rivera-Godoy

U.S. MAGISTRATE JUDGE: JAY R. IRWIN #: 70BK

A.U.S. Attorney ______ INTERPRETER Ricardo Gonzalez
LANGUAGE Spanish

Attorney for Defendant Lorna Spencer for Juan Rocha (AFPD)
MATERIAL WITNESS(es): ______
MATERIAL WITNESS(es) state true name(s) to be: ______
Attorney for Material Witness(es): _

DEFENDANT: ☒ PRESENT ☐ NOT PRESENT ☒ CUSTODY

DOA 12/19/07
☐ Financial Afdvt taken
☐ Rule 5(c)(3)

☐ Initial Appearance
☐ Defendant Sworn
☐ Defendant states true name to be ___. Further proceedings ORDERED in Defendant's true name.

☐ Appointment of counsel hearing held
☐ Financial Afdvt sealed

| | |
|---|---|
| **DETENTION HEARING:**<br>☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>Set for:<br>Before:<br>☐ Defendant ordered temporarily detained in the custody of the United States Marshal<br>☐ Defendant ordered released ______<br>☐ Defendant continued detained pending trial<br>☐ Flight risk ☐ Danger | **IDENTITY HEARING:**<br>☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br>☐ Warrant of removal issued. |
| **PRELIMINARY HEARING:**<br>☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br>☐ Probable cause found ☐ Dismissed<br>☐ Held to answer before District Court | **STATUS HEARING:** re: Prosecution<br>☒ Held ☐ Con't ☐ Reset<br>Set for:<br>Before: |

Other: Senior Patrol Agent Nicholas Francescutti orally moves to dismiss the Complaint. Defense counsel has no objection. IT IS ORDERED dismissing the Complaint against the defendant without prejudice. Case closed.

Recorded by Courtsmart
BY: Jocelyn M. Arviso
Deputy Clerk

UNITED STATES DISTRICT COURT | MAGISTRATE JUDGE'S MINUTES
SOUTHERN DISTRICT OF CALIFORNIA - Yuma

DATE: 12/20/2007 CASE NUMBER: 07-10868M-SD

USA vs. Mauricio Rivera-Godoy

U.S. MAGISTRATE JUDGE: JAY R. IRWIN #: 70BK

A.U.S. Attorney None Present | INTERPRETER Ricardo Gonzalez
LANGUAGE Spanish

Attorney for Defendant Juan Rocha (AFPD)
MATERIAL WITNESS(es): ______
MATERIAL WITNESS(es) state true name(s) to be: ______
Attorney for Material Witness(es): _

DEFENDANT: ☒ PRESENT ☐ NOT PRESENT ☒ CUSTODY

DOA 12/19/07 ☒ Initial Appearance ☒ Appointment of counsel hearing held
☐ Financial Afdvt taken ☒ Defendant Sworn ☐ Financial Afdvt sealed
☐ Rule 5(c)(3) ☐ Defendant states true name to be _____. Further proceedings ORDERED in Defendant's true name.

**DETENTION HEARING:**
☐ Held ☐ Con't ☐ Submitted ☐ Reset
Set for:
Before:
☒ Defendant ordered temporarily detained in the custody of the United States Marshal
☐ Defendant ordered released ______
☐ Defendant continued detained pending trial
☐ Flight risk ☐ Danger

**IDENTITY HEARING:**
☐ Held ☐ Con't ☐ Submitted ☐ Reset
☐ Waived
Set for:
Before:
☐ Warrant of removal issued.

**PRELIMINARY HEARING:**
☐ Held ☐ Con't ☐ Submitted ☐ Reset
☐ Waived
Set for:
Before:
☐ Probable cause found ☐ Dismissed
☐ Held to answer before District Court

**STATUS HEARING:** re: Removal Hearing
☒ Held ☐ Con't ☐ Reset
Set for: 12/27/07 at 1:00 pm
Before: Magistrate Judge Irwin

Other: Defendant does not wish to waive removal hearing and wishes his case be heard in the Southern District of California. Prosecution Officer Mario Moreno moves for a continuance. Defense has no objection. Court grants motion and sets status hearing.

Recorded by Courtsmart
BY: Angela J. Tuohy
Deputy Clerk

12/19

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
Mauricio RIVERA-Godoy
Citizen of Mexico
YOB: 1972
A95 982 539
Illegal Alien

CRIMINAL COMPLAINT

CASE NUMBER: 07-10868M-SD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

COUNT I

That on or about July 01, 2004, near San Ysidro, California in the Southern District of California, Defendant Mauricio RIVERA-Godoy, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325 (Misdemeanor).

Continued on the attached sheet and made a part hereof. ☒ Yes ☐ No

Signature of Complainant
Mario Guerrero
Senior Patrol Agent

Sworn to before me and subscribed in my presence,

December 20, 2007 at Yuma, Arizona
Date City and State

Jay R. Irwin, U.S. Magistrate
Name & Title of Judicial Officer

Signature of Judicial Officer

STATEMENT OF FACTUAL BASIS

Defendant: Mauricio RIVERA-Godoy

Dependents: 4 USC

**IMMIGRATION HISTORY:** The Defendant is an illegal alien. **The Defendant has been apprehended on five (5) separate occasions by the Border Patrol.**

**CRIMINAL HISTORY:**

| DATE LOCATION | | OFFENSE | DISPOSITION |
|---|---|---|---|
| **2/14/96** | **Santa Ana, CA** | **Batt Police Ofcr, Emerg Persnl, Etc W/ Injury** | **30 Days Jail, 36 Mos Prob** |

Narrative: The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Yuma Border Patrol agents near Wellton, Arizona.

The Defendant was questioned as to his citizenship and immigration status. Agents determined that the Defendant is an undocumented National of Mexico and illegally in the United States.

The Defendant was transported to the Yuma station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant last entered the United States illegally without inspection near San Ysidro, California on July 01, 2004.

Charges: 8 USC§1325 (Misdemeanor)

Mario Guerrero

Signature of Complainant

Sworn to before me and subscribed in my presence,

December 20, 2007

Date

Signature of Judicial Officer